United States District Court
Southern District of Texas

**ENTERED**

April 06, 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| WILLIAM TERRELL SMITH, | § | |
| | § | |
| *Plaintiff*, | § | |
| VS. | § | CIVIL ACTION NO. 3:19-cv-00188 |
| | § | |
| GUILD MORTGAGE COMPANY, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

## FINAL JUDGMENT

Pursuant to the court's memorandum opinion and order entered in this case,

**JUDGMENT IS ENTERED** for **DEFENDANTS**.

Any pending motions are **DENIED** as moot.

The clerk will provide copies of this final judgment to the parties.

Signed on Galveston Island on this, the 6th day of April, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE